FILED
OCT 21 2015
DAVID CREWS, CLERK
BY _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL CASE NO. 3:15CR124

MARIO DEMETRIC DAVIS  18 U.S.C. § 922(g)(1)
 18 U.S.C. § 924(a)(2)

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about January 2, 2015, in the Northern District of Mississippi, MARIO DAVIS, defendant, having previously been convicted in a court of a felony, that is, a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, namely, a Jimenez Arms, Model: JA-22, .22 caliber, semi-automatic pistol, Serial No. 1146861, which firearm had previously been transported in interstate commerce; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

_____  /s/ Signature Redacted
UNITED STATES ATTORNEY  FOREPERSON